B 231B
(Rev. 3/92)

# United States Bankruptcy Court
## Northern District of Iowa

In re                                                         Chapter 13
                                                              Bankruptcy No. 20-01375C
GARY W. DITTRICK,

       Debtor.

**ORDER CONFIRMING CHAPTER 13 PLAN**

The debtor's amended Chapter 13 Plan was filed February 16, 2021. A summary of the plan, or a summary of the final modification of the plan, was transmitted to the creditors under Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. §1325.

IT IS ORDERED THAT:

The debtor's February 16, 2021 plan is confirmed with the following provisions:

1. **Payments:**

    | | |
    |---|---|
    | Amount of each payment: | $333.16 each month for twelve (12) months, then $646.16 each month for forty-eight (48) months, plus income tax refunds and other disposable income. |
    | Due date of each payment: | Each month beginning August 14, 2021. |
    | Period of payments: | Forty-eight (48) months. |

    **Payable to:**

    Carol F. Dunbar, Standing Trustee
    P.O. Box 1033
    Memphis, TN 38101-1033

    **Payroll Deduction:**

    ____ Unless previously ordered, the debtor's employer is ordered to deduct payments from the debtor's earnings, draw checks in the name of the standing trustee, and deliver or mail the same to the standing trustee on or before each due date until further order of this court.

    __x__ No payroll deduction is ordered.

2. **Attorney Fees:**

    The debtor's attorney is awarded a fee to be determined by separate Order.

3. **Other provisions:**

Dated and Entered: September 20, 2021

_____
Chief Bankruptcy Judge for the Northern District of Iowa

Order prepared by:
Carol F. Dunbar, #1682
Chapter 13 Trustee
2616 Orchard Drive, Suite B
Cedar Falls, IA 50613
Telephone (319) 260-2282