## IN THE UNITED STATES BANKRUPTCY COURT
### Northern District of Iowa

| | |
|---|---|
| **In the Matter of**: | : |
| | : Case No. 20-01375 |
| Gary W. Dittrick | : |
| | : Chapter 13 |
| | : |
| *Debtor.* | : |

## DEBTOR'S SECOND MODIFIED PLAN

COME NOW the Debtor herein, by and through counsel, and modifies the Plan filed on the 14th day of December 2020, as modified by the Modified Plan(s) filed on the 16th day of February 2021, and confirmed by order of this Court on the 20th day of September 2021, as follows:

The Debtor has incurred debt in the amount of $4,984.00 as an arrearage on a post-petition mortgage payment along with attorney fees and costs. The Trustee is directed to pay this post-petition arrearage debt as a secured priority arrearage claim through the monthly plan payments made by Debtor under the plan.

The provisions and the terms of the original plan, to the extent that they are not inconsistent with the provisions herein, shall remain in full force and effect.

Respectfully submitted,

*/s/ Kevin D. Ahrenholz*
Kevin D. Ahrenholz    AT0000438
For BEECHER, FIELD, WALKER,
MORRIS, HOFFMAN & JOHNSON, P.C.
620 Lafayette Street, Suite 300
Waterloo, IA 50704
PHONE: 319-234-1766
FACSIMILE: 319-234-1225
ATTORNEY FOR DEBTOR