**IN THE UNITED STATES BANKRUPTCY COURT**
Northern District of Iowa

**In the Matter of**:

Gary W. Dittrick

Case No. 20-01375

Chapter 13

*Debtor.*

**NOTICE OF SECOND MODIFIED PLAN**
**NOTICE OF 21-DAY BAR DATE FOR OBJECTIONS**
**NOTICE OF HEARING**

NOTICE IS GIVEN the Second Modified Plan was filed on June 15, 2022, by Kevin D. Ahrenholz, attorney for the above Debtors.

NOTICE IS FURTHER GIVEN that Objections to said Second Modified Plan, if any, shall be filed with the Clerk of Bankruptcy Court, with a copy to the Chapter 13 Trustee, United States Trustee, and the Attorney for Debtors, addresses below, on or before 4:30 p.m. on July 7, 2022.

NOTICE IS FURTHER GIVEN that the hearing date set for this matter is July 19, 2022, at 1:30 p.m. at the U.S. Courthouse, 6th Floor Courtroom, 111 Seventh Avenue SE, Cedar Rapids, Iowa.

Dated the 16th day of June 2022.

Respectfully submitted,

*/s/ Kevin D. Ahrenholz*
Kevin D. Ahrenholz      AT0000438
For BEECHER, FIELD, WALKER,
MORRIS, HOFFMAN & JOHNSON, P.C.
620 Lafayette Street, Suite 300
Waterloo, IA 50704
PHONE: 319-234-1766
FACSIMILE: 319-234-1225
ATTORNEY FOR DEBTOR

| BANKRUPTCY CLERK: | UNITED STATES TRUSTEE: | CH. 13 TRUSTEE: |
|---|---|---|
| 111 7th Avenue SE, Box 15 | 111 7th Avenue SE, Box 17 | Carol F. Dunbar |
| Cedar Rapids, IA 52401-2101 | Cedar Rapids, IA 52401-2101 | 2616 Orchard Dr., Ste. 500 |
| | | Cedar Falls, IA 50613 |